JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS MORALES, | ) | No. ED CV 09-01109-SVW (VBK) |
| | ) | ED CV 09-01611-SVW (VBK |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| ROBERT HOREL, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 1, 1020

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE